HSUAN–YEH **CHANG**, Plaintiff–
Appellant,

v.

**Teresa Stanek REA, Acting Director,
United States Patent and Trademark
Office, Defendant–Appellee.**

No. 2013–1085.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2013.

Rehearing Denied Nov. 7, 2013.

Hsuan–Yeh Chang, of Chestnut Hill, MA, pro se.

Nathan K. Kelley, Deputy Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, for defendant-appellee. With him on the brief were Coke Morgan Stewart and Sydney O. Johnson, Jr., Associate Solicitors.

DYK, O'MALLEY, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.